154 A.3d 689

BELMONT CONDOMINIUM ASSOCIATION, INC., PLAINTIFF-RESPONDENT, v. ARROWPOINT CAPITAL CORPORATION, ROYAL SURPLUS LINES INSURANCE COMPANY, ROYAL & SUN ALLIANCE INSURANCE COMPANY, ARROWOOD SURPLUS LINES INSURANCE COMPANY, DEFENDANTS-PETITIONERS, AND NATIONAL INDEMNITY COMPANY, DEFENDANTS, AND WATERFRONT MANAGEMENT CORPORATION, AND COMMERCE CONSTRUCTION MANAGEMENT, LLC, DEFENDANTS.

October 21, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-004187-12 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.